# United States District Court
# For The Western District of North Carolina
# Statesville Division

TROY ALLEN LINGLE,

    Petitioner,

vs.

SUPERINTENDENT DAVID MITCHELL,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV226-3-V

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 4, 2007, Order.

Signed: December 5, 2007

Frank G. Johns, Clerk
United States District Court